UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

ROBERTO CARLOS MUNOZ-GUATEMALA,

        Defendant.

CR 25-246 JMB/SGE

**INDICTMENT**

18 U.S.C. § 111(a)(1)
18 U.S.C. § 111(b)

THE UNITED STATES GRAND JURY CHARGES THAT:

### Count One
(Assault on a Federal Officer with a Dangerous or Deadly Weapon
and Resulting in Bodily Injury)

On or about June 17, 2025, in the State and District of Minnesota, the defendant,

**ROBERTO CARLOS MUNOZ-GUATEMALA**,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services), that is, an agent from Enforcement and Removal Operations, while such officer and employee was engaged in and on account of the performance of his official duties, and in doing so, the defendant caused physical contact with the victim, inflicted bodily injury, and used a dangerous and deadly weapon, all in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).



SCANNED
JUN 1 8 2025
U.S. DISTRICT COURT MPLS

*U.S. v. Munoz-Guatemala*

A TRUE BILL

_____       _____
ACTING UNITED STATES ATTORNEY         FOREPERSON