# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JOHN F. DOCHERTY |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 25-mj-382 JFD |
| | ) | Date: June 18, 2025 |
| Roberto Carlos Munoz, | ) | Courthouse: St. Paul |
| | ) | Courtroom: 6A |
| Defendant. | ) | Time Commenced: 1:50 p.m. |
| | ) | Time Concluded: 1:58 p.m. |
| | ) | Time in Court: 8 minutes |

## APPEARANCES:

Plaintiff: Laura Trosen, Special Assistant U.S. Attorney
Defendant: Matthew Deates, Assistant Federal Public Defender
   X FPD      X To be appointed

Interpreter/Language: Constanza "Coti" Raber/Spanish

Date Charges Filed: June 17, 2025      Offense: Used a deadly weapon, that is, a motor vehicle, and inflicted bodily injury to the ERO Officer

   X Advised of Rights

on   X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is Tuesday, June 24, 2025 at 11:00 a.m. before U.S. Magistrate Judge Douglas L. Micko in Courtroom 6B (STP) for:
   X Detention hrg      X Preliminary hrg

Additional Information:
X Oral Rule 5(f) Brady notice read on the record.
X Consular notice read on the record.

*s/nah*
Signature of Courtroom Deputy
