UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-CR-246 (JMB/SGE)

United States of America,

        Plaintiff,

v.

Roberto Carlos Munoz-Guatemala (1),

        Defendant.

**ORDER FOR APPOINTMENT OF COUNSEL**

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Eric Newmark, Attorney ID 259792, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: June 20, 2025

*s/ Jon T. Huseby*
Honorable Jon T. Huseby
United States Magistrate Judge