# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Roberto Carlos Munoz-Guatemala,<br><br>　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: DOUGLAS L. MICKO<br>U.S. Magistrate Judge<br><br>Case No:　　25-cr-246 (JMB/SGE)<br>Date:　　　June 24, 2025<br>Courthouse:　St. Paul<br>Courtroom:　6B<br>Time Commenced:　11:07 a.m.<br>Time Concluded:　11:10 a.m.<br>Time in Court:　3 minutes |

APPEARANCES:

　Plaintiff: Raphael Coburn, Assistant U.S. Attorney
　Defendant: Eric Newmark
　　　　　X CJA

Interpreter/Language:　Constanza "Coti" Raber/Spanish

**Indictment Dated:**　June 18, 2025

　　X Reading of Indictment Waived　　　X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*s/nah*
　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy