# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: DOUGLAS L. MICKO |
| | U.S. Magistrate Judge |
| v. | |
| | Case No: 25-cr-246 (JMB/SGE) |
| Roberto Carlos Munoz-Guatemala, | Date: June 24, 2025 |
| | Courthouse: St. Paul |
| Defendant. | Courtroom: 6B |
| | Time Commenced: 11:10 a.m. |
| | Time Concluded: 11:13 a.m. |
| | Time in Court: 3 minutes |

**X DETENTION HEARING**

APPEARANCES:

  Plaintiff: Raphael Coburn, Assistant U.S. Attorney
  Defendant: Eric Newmark
            X CJA

Interpreter/Language:   Constanza "Coti" Raber/Spanish

On  X Indictment

X Defendant waives the right to the detention hearing but reserves the right to reopen in the future if circumstances change.
X Defendant Ordered Detained. Government to submit proposed order.

Additional Information:
Defendant arraigned, see arraignment minutes and order.

                                                               *s/nah*
                                                  Signature of Criminal Duty Clerk