UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-246 (JMB/SGE)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERTO CARLOS
MUNOZ-GUATEMALA,

    Defendant.

**GOVERNMENT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME REGARDING PRETRIAL DISCLOSURE AND MOTIONS DATES**

The United States of America, by its attorney, Raphael Coburn, respectfully moves the Court for an order continuing the current deadlines for disclosure, and for filing and hearing motions. The grounds for this motion are as follows:

1. On June 18, 2025, the Grand Jury issued an Indictment that charges the defendant with assault on a federal officer with a dangerous or deadly weapon and resulting in bodily injury.

2. The defendant has been taken into custody and made his initial appearance. On June 25, 2025, the Court issued an arraignment order requiring the government to disclose its discovery on July 1, 2025. (ECF No. 14.)

3. The government is working diligently to organize the discovery materials in this case. However, as discussed in the Indictment, the alleged

1

assault in this case occurred on June 17, 2025. Due to the recency with which the alleged assault took place, the government is still in the process of gathering its discovery materials and therefore requires additional time, two weeks, to make its disclosures. It would be unreasonable to expect the government to adequately prepare within the short time limits established by the Speedy Trial Act. Accordingly, the Government believes a brief continuance is warranted under 18 U.S.C. § 3161(h)(7)(B)(iv).

4. The undersigned counsel has communicated with counsel for the defendant. Counsel for the defendant does not object to this motion.

WHEREFORE, the Government respectfully requests that the Court extend all due dates in the current scheduling order, to include the time set for the disclosure of Rule 16 materials as well as the filing of motions and responses, by at least 14 days.

Dated: June 27, 2025　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　JOSEPH H. THOMPSON
　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　　*s/ Raphael Coburn*
　　　　　　　　　　　　　　　　　　　　　　BY:  RAPHAEL COBURN
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney