UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 25-CR-246 (JMB/SGE))

United States of America,

    Plaintiff,

v.

Roberto Munoz-Guatemala,
    Defendant.

**MOTION FOR EXTENSION OF TIME TO FILE MOTIONS**

## MOTION

Defendant Roberto Munoz-Guatemala, through his attorney, Eric L. Newmark, respectfully moves this Honorable Court for a two-week extension of time to file his motions currently due July 29, 2025. The Government disclosed discovery to us in time, however, there were some technical issues, and we were not able to access the discovery until July 21, 2025. The new due date for the motions would be August 4, 2025. A Statement of Facts will be filed as soon as possible.

Dated:  __7/24/2025____　　　　　　　　　　/s/Eric L. Newmark____
                                                   Eric L. Newmark MN Atty No. 259792)
                                                 Attorney for Defendant
                                                 1600 Hopkins Crossroad
                                                 Minnetonka, MN 55305
                                                 (612) 464-1161
                                                 eric@newmarklawoffice.com