UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 25-CR-246 (JMB/SGE))

United States of America,

    Plaintiff,

**STATMEENT OF FACTS IN SUPPROT OF EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**

v.

Roberto Munoz-Guatemala,
    Defendant.

## MOTION

I, Roberto Munoz-Guatemala, agrees to the following statement of facts to exclude time under the Speedy Trial Act: My counsel filed a motion to extend time to file motions in my case. I understand my attorney was unable to download the discovery in this matter due to technical issues until July 21 and I agree that an extension of time to file motions is necessary for me and my attorney to have an adequate opportunity to review the materials and file motions.

I have discussed this matter with my attorney. I voluntarily make the statement, with full knowledge of my rights under the Speedy Trial Act.

Dated this 24 day of July 2025.

_____
Roberto Munoz-Guatemala