UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
*Criminal No.* 25-CR-00246(JMB/SGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> Vs. ) <br> ) <br> ROBERTO CARLOS MUNOZ-GUATEMALA, ) <br> ) <br> Defendant. ) <br> ) <br> ) | MEET AND CONFER STATEMENT |

The parties met and conferred on August 7, 2025, and August 11, 2025, with the following agreements not addressed in the Court's Pre-Trial Scheduling and Case Management Order.

1. The Government will disclose all Jencks Act Material within 21 days of trial.

2. The Government is aware of its Giglio obligations and will provide the defense with all such material in a timely manner

3. The Government, at this time, is not aware of any statements made by the defendant it intends to offer at trial.

4. Other than a search conducted pursuant to a search warrant of the vehicle in which defendant was allegedly driving, no other searches were conducted in this case.

5. The Government is not aware of any electronic surveillance conducted in this case.

Respectfully submitted,

**NEWMARK LAW OFFICE**

Dated:  August 12, 2025

        /s/ Eric L. Newmark
        Eric L. Newmark
        Attorney ID No. 259792
        1600 Hopkins Crossroad
        Minnetonka, MN 55305
        612-464-1161

        Attorney for Defendant