UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-246 (JMB/SGE)

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

ROBERTO CARLOS
MUNOZ-GUATEMALA,

      Defendant.

**GOVERNMENT'S RESPONSE TO DEFENDANT'S PRETRIAL MOTIONS**

The United States of America, by its undersigned attorneys, hereby submits its response to the defendant's pretrial motions. The defendant filed two pretrial motions, ECF Nos. 24 and 26, but these motions appear to be identical. Both motions seek disclosure of grand jury transcripts.

A party seeking disclosure of a grand jury transcript must show a "particularized need." *United States v. Wilkinson*, 124 F.3d 971, 977 (8th Cir. 1997). Here, the defendant's motion does not make the required showing. Significantly, the only grand jury transcript is that of one of the government's agents. If that agent testifies at trial, the government will produce a copy of the transcript to the defendant pursuant to its discovery obligations. *See Wilkinson*, 124 F.3d at 977 (district court did not abuse its discretion in refusing to order disclosure of the special agent's grand jury testimony given

1

that she did not testify at trial and defendant failed to show a particularized need).

For the foregoing reasons, the government respectfully requests the Court deny the defendant's pretrial motions in their entirety.

Dated: August 27, 2025　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　JOSEPH H. THOMPSON
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　*s/ Raphael Coburn*
　　　　　　　　　　　　　　　　　　　　BY:  RAPHAEL COBURN
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney