# **NEWMARK LAW OFFICE**
1600 Hopkins Crossroad
Minnetonka, MN 55305

September 12, 2025

The Honorable Shannon G. Elkins
United States Courthouse
300 South Fourth Street - Suite 202
Minneapolis, MN 55415

Re: USA v. Roberto Munoz-Guatemala, Case no. 25-cr-246 (JMB/SGE)

Dear Judge Elkins,

Please be advised Mr. Munoz withdraws his previously filed Motion for Disclosure of Grand Jury Minutes and Transcripts and, accordingly, will not be filing a memorandum.

Respectfully,

/s/ Eric Newmark