

# U.S. Department of Justice

United States Attorney
District of Minnesota

---

*600 United States Courthouse*   *Telephone: (612) 664-5600*
*300 South Fourth Street*           *Fax: (612) 664-5787*
*Minneapolis, MN 55415*

September 26, 2025

The Honorable Shannon G. Elkins
United States Courthouse
300 S. 4th Street
Minneapolis, MN 55415

**VIA ECF**

Re:   *USA v. Roberto Carlos Munoz-Guatemala*, 25-CR-246 (JMB/SGE)

Dear Judge Elkins,

In light of Mr. Munoz-Guatemala's withdrawal of his Motion for Grand Jury Minutes and Transcripts, the government does not plan to file an additional memorandum.

　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　JOSEPH H. THOMPSON
　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　　　　　　*s/ Raphael B. Coburn*
　　　　　　　　BY:　　　　　　　Raphael B. Coburn
　　　　　　　　　　　　　　　　　Assistant United States Attorney

1