AO 187 (Rev. Locally 03/18) Exhibit List

# UNITED STATES DISTRICT COURT

UNITED STATES    DISTRICT OF    MINNESOTA

**EXHIBIT LIST**

USA
V.
Roberto Carlos Munoz-Guatemala

Case Number:  25-cr-246 (JMB/SGE)

| PRESIDING JUDGE<br>Jeffrey M. Bryan | PLAINTIFF'S ATTORNEY<br>Raphael Coburn/ Thomas Calhoun-Lopez | DEFENDANT'S ATTORNEY<br>Eric L. Newmark |
|---|---|---|
| TRIAL DATE (S)<br>December 8, 2025 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 |  |  |  | 911 call made by Katie Sanchez Ambrocio |
|  | 2 |  |  |  | Bloomington Police Incident Report |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages