# UNITED STATES DISTRICT COURT
## STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA | GOVERNMENT'S EXHIBIT LIST |
|---|---|
| v. | Criminal No. 25-246 (JMB/SGE) |
| ROBERTO CARLOS MUÑOZ-GUATEMALA | |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Jeffrey M. Bryan | Raphael B. Coburn<br>Thomas Calhoun-Lopez<br>Assistant U.S. Attorneys | Eric Newmark |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| December 8, 2025 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | | | | | Maps depicting area of 86th St. and 11th Ave. in Bloomington, MN |
| 2 | | | | | Body-worn camera footage from Special Agent Todd Schallberg on June 17, 2025 |
| 3 | | | | | Still images from body-worn camera footage from Special Agent Todd Schallberg on June 17, 2025 |
| 4 | | | | | Ring camera footage from 8527 11th Ave. S., Bloomington, MN, on June 17, 2025 |
| 5 | | | | | Still images from ring camera footage from 8527 11th Ave. S., Bloomington, MN, on June 17, 2025 |
| 6 | | | | | Photographs of the area of 86th St. and 11th Ave. in Bloomington, MN, taken on June 17, 2025 |
| 7 | | | | | Photographs of Officer Ross's injuries taken in the area of 86th St. and 11th Ave. in Bloomington, MN, on June 17, 2025 |
| 8 | | | | | Photographs of Officer Ross's injuries taken from the hospital on June 17, 2025 |
| 9 | | | | | Drawing depicting vehicle's path of travel prepared by Special Agent Ashley Boone |
| 10 | | | | | Axon Taser Log for June 17, 2025 |
| 11 | | | | | Still images from body-worn camera footage from Officer Chris Wegner on June 17, 2025 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 12 | | | | | Map depicting travel from 8533 11th Ave. S., Bloomington, MN, to 8147 14th Ave. S., Bloomington, MN |
| 13 | | | | | Certified copy of conviction, State of Minnesota v. Roberto Carlos Muñoz-Guatemala, 27-CR-22-25757 |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |