UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-246 (JMB/SGE)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | JOINT PROPOSED |
| v. | ) | VOIR DIRE |
| | ) | |
| ROBERTO CARLOS | ) | |
| MUÑOZ-GUATEMALA, | ) | |
| | ) | |
| Defendant. | | |

The United States of America, by and through its undersigned attorneys, hereby respectfully submits its proposed voir dire of prospective jurors for the trial in this matter.

1. What is your name? Over the past five years, where have you resided and what has been your occupation? Provide the same information for your spouse or partner. If either you or your spouse or partner are retired, what was your and/or your spouse's or partner's occupation before retiring? If you have children, how many and what are their ages?

2. What is your educational background? What is your spouse or your partner's educational background? Do you have any favorite hobbies or activities, and if so, what are they? Do you belong to any organizations or groups, and if so, what are they, what is your position or duties within that organization or group, and how actively do you participate in their activities?

3. What, if any, are your main sources of news and information, either in print copy, online, or on television?

4. Do you regularly listen to any podcasts? If so, what podcasts do you listen to?

5. Do you regularly watch any law-related programs on television (such as CSI, Law & Order, etc.)? If so, which ones? Based on those law-related programs you watch, have you formed an opinion of the type of evidence necessary for the United States to satisfy its burden of proof? If so, can you put those opinions aside and decide the case solely on the evidence presented in the courtroom during the course of this trial and the instructions of law given to you by the Court?

6. Are you acquainted with the defendant, Roberto Carlos Muñoz-Guatemala, or Mr. Muñoz-Guatemala's attorney, Eric Newmark? If so, please explain how.

7. Are you acquainted with counsel for the United States, Assistant United States Attorneys Raphael Coburn or Tom Calhoun-Lopez, or the case agent, Special Agent Alyssa Leary from the Federal Bureau of Investigation (FBI)? If so, please explain how.

8. Are you acquainted with any of the other prospective jurors? If so, how?

9. Are you acquainted with the presiding judge, Judge Jeffrey B. Bryan, or any of his court staff?

10. This case involves an alleged assault on a federal law enforcement officer by the defendant. Specifically, the government alleges that while an officer was in the process of arresting the defendant, the defendant fled with his car and dragged the officer. Have you heard of this case before today? If so, when, and how? Have you developed an opinion on the guilt or non-guilt of the defendant? If selected as a juror in this case, will you be able to set aside anything you may have learned through other sources and decide the case only on the evidence presented during the trial?

11. Have you, your relatives, or close friends had any involvement with the criminal justice system, either as a victim of a crime (whether or not reported), a criminal defendant, or a witness to a crime? If so, please describe your experience, including what type of crime it was, when and where did it occur? Also, please state whether and why (or why not) you were satisfied with the manner in which it was resolved? Would there be anything about that experience that would prevent you from serving as an impartial juror in this case?

12. Have you, your relatives, or close friends ever been accused, investigated, charged with, or convicted of a crime? If so, do you believe that

law enforcement officials, the prosecutor, the defense attorney, and the court properly handled the matter? If not, please explain why.

13. Have you, your relatives, or close friends had any contact or involvement with federal, state, and/or local authorities (including police and prosecutors) that you feel was not handled as it should have been? If so, what was the nature of the contact or involvement, and please describe your experience?

14. Have you served as a juror on any other case (whether state or federal)? If so, what was the nature of the case(s), when did you serve, and in what court did you serve? Did the jury you served on reach a verdict? Was there anything about your previous jury experience that would lead you to feel that you may have some biases or prejudices either for or against the prosecution or the defense? Given that experience, could you set aside the law that you were given in that case and abide by the instructions the Court will give you to apply in this case?

15. Have you, your relatives, or close friends been involved in any prior court proceedings (whether as a witness, a plaintiff, defendant, observer, etc.)? If so, is there anything about that experience that would prevent you from being a fair and impartial juror in this case?

16. Some of the witnesses expected to testify in this trial are law enforcement officers. Do any of you have any strong feelings or biases either against or in favor of law enforcement officers?

17. Have you or any member of your family or close friends had any encounter with the Federal Bureau of Investigation (also known as the FBI), Homeland Security Investigations (also known as HSI), Immigration and Customs Enforcement (also known as ICE), the Bloomington Police Department, or any other law enforcement agency? If so, what was the nature of the encounter, and were you satisfied with the manner in which the matter was resolved? Why or why not?

18. Do any of you have such strong feelings, one way or the other, about our nation's immigration laws that would make it difficult for you to be a fair and impartial juror in this case?

19. Do you have any disagreement or issue with the operation of the immigration system in the United States? Do you have any disagreement or issue with the enforcement of federal laws of the immigration system in the United States?

20. Have you or any of your close friends or relatives ever participated in or belonged to any organization which advocates for changing U.S. immigration law or immigration enforcement? Do you agree with the beliefs

5

of any such organizations?  If you are selected as a juror, will any of those views play any role in your decision in this case?

21. Have any of you ever attended or participated in a protest related to immigration law or immigration enforcement?  If so, when did you attend the protest?  What sort of protest was it?

22. Do any of you have such strong feelings about the Department of Homeland Security or ICE that would make it difficult for you to be a fair and impartial juror in this case?

23. Do you have any disagreement or issue with the operation of the criminal justice system in the United States?  Do you have any disagreement or issue with the enforcement of federal, state, and/or local laws of the criminal justice system in the United States?

24. If selected as a juror in this case, will you apply the law as given to you by the Court, regardless of whether you agree or disagree with it?  Do you believe that you will be able to decide the case based only on the evidence presented during the trial and the law as given to you by the Court?

25. Do any of you have any moral, religious, philosophical, or other beliefs or tenets that would make it particularly difficult for you to sit in judgment of another?

26. Do you have any religious or philosophical convictions that would make it difficult for you to be a fair and neutral juror in this case?

27. Do you have any mental or physical conditions that would make it difficult for you sit as a juror?

28. Based upon the discussions you have heard during voir dire, is there any reason why you feel you cannot be a fair and impartial juror in this case?

Dated: <u>November 17, 2025</u>   Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

<u>/s/ *Raphael B. Coburn*</u>
BY: RAPHAEL B. COBURN
BY: THOMAS CALHOUN-LOPEZ
Assistant United States Attorneys

—and—

NEWMARK LAW OFFICE LLC

<u>*/s/ Eric L. Newmark*</u>
ERIC L. NEWMARK
Attorney for Mr. Muñoz-Guatemala