UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-246 (JMB/SGE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | JOINT LIST OF PARTIES, |
| v. | ) | ATTORNEYS, AND OTHER |
| | ) | LEGAL PROFESSIONALS |
| ROBERTO CARLOS | ) | |
| MUÑOZ-GUATEMALA, | ) | |
| | ) | |
| Defendant. | | |

The parties hereby respectfully submit their joint list of parties, attorneys, and other legal professionals.

1. The United States will be represented at trial by the following attorneys:

> Assistant U.S. Attorney Raphael B. Coburn
> Assistant U.S. Attorney Tom Calhoun-Lopez
> U.S. Attorney's Office
> 300 South Fourth Street, Suite 600
> Minneapolis, Minnesota 55415

Sitting at counsel table will be the following case agent:

> Special Agent Alyssa Leary, Federal Bureau of Investigation

2. Defendant Roberto Carlos Muñoz-Guatemala will be represented at trial by the following attorney:

> Eric L. Newmark
> Newmark Law Office LLC
> 1600 Hopkins Crossroad
> Minnetonka, Minnesota 55305

Dated: <u>November 17, 2025</u>       Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*/s/ Raphael B. Coburn*
BY: RAPHAEL B. COBURN
THOMAS CALHOUN-LOPEZ
Assistant United States Attorneys

—and—

NEWMARK LAW OFFICE LLC

*/s/ Eric L. Newmark*
ERIC L. NEWMARK
Attorney for Mr. Muñoz-Guatemala