# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## FINAL PRETRIAL CONFERENCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: Jeffrey M. Bryan |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case Number:  0:25-CR-00246 JMB/SGE |
| | ) | Date:  12/2/2025 |
| | ) | Court Reporter:  Nancy Meyer |
| Roberto Carlos Munoz-Guatemala, | ) | Courthouse:  St. Paul |
| Defendant. | ) | Courtroom:  3B |
| | ) | Time Commenced:  3:13 p.m. |
| | ) | Time Concluded:  4:10 p.m. |
| | ) | Time in Court:  57 minutes |
| | ) | |

APPEARANCES:
    For Plaintiff: Raphael Coburn, Thomas Calhoun-Lopez, United States Attorney's Office
    For Defendant: Eric Newmark, Office of the Federal Defender, PD

    Interpreters:  Esperanza Lopez-Dominguez, Marianne McEvoy

**PROCEEDINGS:**

☒ Final Pretrial conference held and Motions in Limine argued.
☒ Government's First Motion in Limine [45]: Motion withdrawn by the Government.
☒ Defendant's Motion in Limine [35]: Motion is granted in part and denied in part.
☒ Government's Second Motion in Limine [46]: Motion is granted in part and denied in part.
☒ Government's Third Motion in Limine [47]: Ruling on first part is reserved; motion on the second part is denied.
☒ Government's Fourth Motion in Limine [48]: Motion is withdrawn by the Government.
☒ Trial will begin Monday, December 8 at 9:00am.
☒ Defendant remanded to the custody of the USMS.

                                                                          s/G. Bendickson
                                                                          Courtroom Deputy