# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** | |
| | ) | BEFORE: Jeffrey M. Bryan | |
| Plaintiff, | ) | U.S. District Judge | |
| | ) | | |
| v. | ) | Case Number: | 0:25-CR-00246 JMB/SGE |
| | ) | Date: | 12/8/2025 |
| | ) | Court Reporter: | Nancy Meyer |
| Roberto Carlos Munoz-Guatemala, | ) | Courthouse: | St. Paul |
| Defendant. | ) | Courtroom: | 3B |
| | ) | Time Commenced: | 9:06 a.m. – 10:27 a.m. |
| | ) | | 10:39 a.m. – 12:50 p.m. |
| | ) | | 2:07 p.m. – 3:13 p.m. |
| | ) | | 3:22 p.m. – 4:42 p.m. |
| | | Time Concluded: | 4:42 p.m. |
| | | Time in Court: | 5 hours 58 minutes |

**APPEARANCES:**
    For Plaintiff: Raphael Coburn, Thomas Calhoun-Lopez, United States Attorney's Office
    For Defendant: Eric Newmark, Office of the Federal Defender, PD

    Interpreters: Esperanza Lopez-Dominguez, Marianne McEvoy /Spanish

**PROCEEDINGS:**

☒ **Jury Trial – Began (Trial Day 1).**
☒ Preliminary Instructions.
☒ Voir Dire Instructions.
☒ Jury Selection completed.
☒ Jury impaneled.
☒ Initial instruction to selected jurors.
☒ Opening statements.
☒ Plaintiff's witnesses: Jonathan Ross
☒ Trial Continued to December 9, 2025 at 9:00 a.m.
☒ Defendant remanded to the custody of the USMS.

                                                                                s/G. Bendickson
                                                                                Courtroom Deputy