# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURT MINUTES - CRIMINAL | |
| | ) | BEFORE: Jeffrey M. Bryan | |
| Plaintiff, | ) | U.S. District Judge | |
| | ) | | |
| v. | ) | Case Number: | 0:25-CR-00246 JMB/SGE |
| | ) | Date: | 12/9/2025 |
| | ) | Court Reporter: | Nancy Meyer |
| Roberto Carlos Munoz-Guatemala, | ) | Courthouse: | St. Paul |
| Defendant. | ) | Courtroom: | 3B |
| | ) | Time Commenced: | 9:00 a.m. – 10:25 a.m. |
| | ) | | 10:42 a.m. – 12:01 p.m. |
| | ) | | 1:34 p.m. – 2:07 p.m. |
| | ) | | 2:12 p.m. – 3:47 p.m. |
| | | | 3:56 p.m. – 4:11 p.m. |
| | | Time Concluded: | 4:11 p.m. |
| | | Time in Court: | 5 hours 7 minutes |

APPEARANCES:
    For Plaintiff: Raphael Coburn, Thomas Calhoun-Lopez, United States Attorney's Office
    For Defendant: Eric Newmark, Office of the Federal Defender, PD

    Interpreters: Esperanza Lopez-Dominguez, Ernest Nino-Murcia /Spanish

**PROCEEDINGS:**

☒ **Jury Trial – Continued (Trial Day 2).**
☒ Plaintiff's witnesses: Jonathan Ross, Bernardo Medellin, Todd Schallberg, Ashley Boone, Alyssa Leary, Bryan Chiles
☒ Plaintiff rests.
☒ Defendant moves for judgment of acquittal; motion denied.
☒ Instruction conference.
☒ Defendant's witnesses: Roberto Carlos Munoz-Guatemala
☒ Charge conference.
☒ Trial Continued to December 10, 2025 at 9:00 a.m.
☒ Defendant remanded to the custody of the USMS.

                                                                                                     s/G. Bendickson
                                                                                                     Courtroom Deputy