# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: Jeffrey M. Bryan |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case Number: 0:25-CR-00246 JMB/SGE |
| | ) | Date: 12/10/2025 |
| | ) | Court Reporter: Nancy Meyer |
| Roberto Carlos Munoz-Guatemala, | ) | Courthouse: St. Paul |
| Defendant. | ) | Courtroom: 3B |
| | ) | Time Commenced: 9:10 a.m. – 9:44 a.m. |
| | ) | 10:41 a.m. – 11:34 a.m. |
| | ) | 1:39 p.m. – 1:45 p.m. |
| | ) | Time Concluded: 1:45 p.m. |
| | | Time in Court: 1 hours 37 minutes |

APPEARANCES:
    For Plaintiff: Raphael Coburn, Thomas Calhoun-Lopez, United States Attorney's Office
    For Defendant: Eric Newmark, Office of the Federal Defender, PD

    Interpreters: Esperanza Lopez-Dominguez, Ernest Nino-Murcia /Spanish


**PROCEEDINGS:**

☒ **Jury Trial – Concluded (Trial Day 3).**
☒ Defendant rests.
☒ Closing arguments.
☒ Jury received the case at 11:33 a.m.
☒ Verdict received at 1:41 p.m.
☒ Guilty as to Count 1.

**IT IS ORDERED:**

☒ Clerk to file verdict.
☒ Defendant remanded to the custody of the USMS.


                                                    s/G. Bendickson
                                               Courtroom Deputy