Computer password for Jury login to view exhibits

SCANNED
DEC 1 1 2025
U.S. DISTRICT COURT ST. PAUL