

December 10, 2025

Re: USA v. Roberto Carlos Munoz-Guatemala, File No. 25-cr-246

On December 10, 2025, at 11:46 a.m., you asked the following question:

**QUESTION:** Computer password for Jury login to view exhibits

> **RESPONSE:** The Courtroom Deputy provided the password. No written answer necessary.

_____
Jeffrey M. Bryan
United States District Court

